UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. RAFTER H CONSTRUCTION, LLC, an Idaho limited liability company, and NEAL HIKIDA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BIG-D CONSTRUCTION CORP., a Utah corporation, and BIG-D CORPORATION, a Utah corporation, and DOE DEFENDANTS 1-20,<br><br>　　　　　　Defendants. | Case No. 4:16-cv-00401-DCN<br><br>**ORDER ON UNITED STATES' NOTICE OF INTERVENTION FOR THE PURPOSE OF SETTLEMENT AND REQUEST THAT CASE BE UNSEALED** |

　　　The United States of America ("United States"), Relators Rafter H Construction, LLC and Neal Hikida ("Relators"), and Defendant Big-D Construction ("Big-D") have reached an agreement to settle the Relators' allegations on behalf of the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733. The United States has notified the Court of its decision to intervene in this action for the purpose of effectuating the Settlement Agreement. The United States has also requested that the Court unseal portions of the Court's file in this case. Having reviewed the United States' Notice of Intervention and Settlement, it is

　　　**ORDERED AND ADJUDGED** as follows:

　　　1.　　The Relators' Complaint, the United States' Notice of Intervention For Purpose of Settlement, and this Order shall be unsealed.

ORDER - 1

2. All other contents of the Court's file in this matter should remain **under seal** and not be made public or served upon the defendant.

3. The seal is lifted as to all matters occurring in this action after the date of this Order.

DATED: March 7, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER - 2